## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Kimberly A. Jaskiewicz
           Debtor(s)

CHAPTER 13

BKY. NO. 21-10414 TPA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of HSBC Bank USA, National Assocation, as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2007-1 Trust, Home Equity Asset-Backed Certificates Series 2007-1 and index same on the master mailing list.

        Respectfully submitted,

/s/ **Maria D. Miksich**

Maria Miksich
09 Sep 2021, 15:50:27, EDT

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com