FILED
10/19/21 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| KIMBERLY A. JASKIEWICZ | : | Case No. 21-10414-TPA |
| *Debtor* | : | Chapter 13 |
| | : | Related to Doc. Nos. 5, 22 |

## ORDER

On October 12, 2021, the Debtor's Section 341 Meeting and Conciliation were held on the Debtor's Plan dated July 14, 2021, and as a result, on or before October 15, 2021, Debtor's Counsel was required to upload the Proposed Confirmation Order to the docket, per the entry at Doc. No. 22. Debtor's Counsel has failed to timely comply with Judge Agresti's Chapter 13 Electronic Confirmation Order Procedure effective August 15, 2021 and procedures outlined in the eCOP Best Practices Guide, specifically at Paragraph (6). Therefore,

*AND NOW*, this **19th** day of ***October, 2021***, for the foregoing reasons, it is hereby **ORDERED, ADJUDGED and DECREED** that ***a mandatory fine of $150*** is imposed against ***Atty. Kenneth Steidl, Esq..***, to be ***immediately*** paid. ***Furthermore***, Counsel is directed to ***immediately*** upload the agreed upon proposed Confirmation Order. Failure to immediately comply herewith will result in the issuance of an Order to Show Cause against Counsel at which additional sanctions may be imposed including a further monetary fine or dismissal of the case.

Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

Case Administrator to serve:
    Debtor
    Kenneth Steidl, Esq.
    Ronda Winnecour, Ch. 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-10414-TPA
Kimberly A. Jaskiewicz Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: culy      Page 1 of 1
Date Rcvd: Oct 19, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kimberly A. Jaskiewicz, 5685 Appleman Road, Erie, PA 16509-4105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kenneth Steidl | on behalf of Debtor Kimberly A. Jaskiewicz julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor HSBC Bank USA National Assocation, as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2007-1 Trust, Home Equity Asset-Backed Certificates Series 2007-1 mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4