IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Kimberly A. Jaskiewicz, | ) | Bankruptcy No. 21-10414 TPA |
| | ) | Chapter 13 |
| Debtor | ) | Related to Document No(s). 32, 33 |
| | ) | |
| Kimberly A. Jaskiewicz, | ) | Hearing Date and Time: |
| | ) | June 29, 2022 at 10:00am |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Nightingale Nursing & Rehab Center, Ronda J. Winnecour, Trustee,, | ) | |
| | | |
| Respondent(s) | | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO TERMINATE WAGE ATTACHMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Terminate Wage Attachment filed on May 13, 2022 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Terminate Wage Attachment appears thereon.  Pursuant to the Notice of Hearing, objections for Motion to Terminate Wage Attachment were to be filed and served no later than May 30, 2022.

It is hereby respectfully requested that the Order attached to the Motion to Terminate Wage Attachment be entered by the Court.

                                                Respectfully submitted,

May 31, 2022_____        /s/Kenneth Steidl_____
Date:                                       Kenneth Steidl, Esquire
                                            Attorney for the Debtor
                                            STEIDL & STEINBERG
                                            2830 Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA  15219
                                            (412) 391-8000
                                            PA I. D. No.  34965
                                            ken.steidl@steidl-steinberg.com