6/1/22 4:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Case No. 21-10414 TPA |
| Kimberly A. Jaskiewicz | ) | Chapter 13 |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Kimberly A. Jaskiewicz | ) | Related to Document No. 32 |
| Social Security No. XXX-XX-1369 | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Nightingale Nursing & Rehab Center and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| *Respondent(s)* | ) | |

## ORDER OF COURT

AND NOW, to wit, this ___1st___ day of _____June_____, 2022, it is hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of Kimberly A. Jaskiewicz be terminated immediately.

Employer:

**Nightingale Nursing & Rehab Center
Attn: Payroll Dept.
607 East 26th Street
Erie, PA 16504**

_____
Honorable Thomas P. Agresti    jlm
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 21-10414-TPA
Kimberly A. Jaskiewicz  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 01, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly A. Jaskiewicz, 5685 Appleman Road, Erie, PA 16509-4105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor HSBC Bank USA  National Assocation, as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2007-1 Trust, Home Equity Asset-Backed Certificates Series 2007-1 bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Kimberly A. Jaskiewicz julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4