**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KIMBERLY A JASKIEWICZ<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:21-10414 TPA<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 07/27/2021 and confirmed on 10/21/2021 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,305.18 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,305.18 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 719.16 | |
| 　Trustee Fee | 95.86 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 815.02 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　HSBC BANK USA NA - TRUSTEE WELLS F/ | 0.00 | 2,490.16 | 0.00 | 2,490.16 |
| 　　Acct: 3077 | | | | |
| 　HSBC BANK USA NA - TRUSTEE WELLS F/ | 26,970.63 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 3077 | | | | |
| | | | | 2,490.16 |
| **Priority** | | | | |
| 　KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　KIMBERLY A JASKIEWICZ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　STEIDL & STEINBERG | 3,400.00 | 719.16 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　INTERNAL REVENUE SERVICE* | 3,841.05 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 1369 | | | | |
| 　PA DEPARTMENT OF REVENUE* | 23.92 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 5847 | | | | |

　　　　　　　　　　　　* * * N O N E * * *

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|   ECMC(*) | 11,642.41 | 0.00 | 0.00 | 0.00 |
|     Acct: 1369 | | | | |
|   AMSHER COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0300 | | | | |
|   CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1883 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 166.16 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   PA DEPARTMENT OF REVENUE* | 5.75 | 0.00 | 0.00 | 0.00 |
|     Acct: 5847 | | | | |
|   LVNV FUNDING LLC | 142.91 | 0.00 | 0.00 | 0.00 |
|     Acct: 1012 | | | | |
|   INTERNAL REVENUE SERVICE* | 1,217.37 | 0.00 | 0.00 | 0.00 |
|     Acct: 1369 | | | | |
|   UPMC PHYSICIAN SERVICES | 560.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1369 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 2,490.16 |
|---|---|---|

TOTAL CLAIMED
PRIORITY         3,864.97
SECURED         26,970.63
UNSECURED      13.734.60

Date: 09/09/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com